No. 01–134. ABBOTT, AKA ROBERSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–204. KISSIMMEE RIVER VALLEY SPORTSMAN ASSN. v. CITY OF LAKELAND. C. A. 11th Cir. Certiorari denied.

No. 01–252. GOETZ, DBA JERRY GOETZ AND SONS v. DEPARTMENT OF AGRICULTURE ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–265. HOECHST CELANESE CORP. v. FRANCHISE TAX BOARD OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 01–280. NAPERVILLE READY MIX, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 01–319. TISBURY TOWING & TRANSPORTATION CO., INC., FKA PACKER MARINE, INC. v. TUG VENUS ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–341. BRICE ET AL. v. THOMPSON, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. Fed. Cir. Certiorari denied.

No. 01–351. KNIGHT ET AL. v. BUCKNAM. Ct. App. Mich. Certiorari denied.

No. 01–413. UNITED STATES EX REL. LUJAN v. HUGHES AIRCRAFT CO. C. A. 9th Cir. Certiorari denied.

No. 01–459. EATON CORP. v. CITY OF DETROIT. C. A. 6th Cir. Certiorari denied.

No. 01–468. GARCIA v. ROGER ERNST & ASSOCIATES ET AL. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–470. HARNISH v. AMERICAN AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 01–477. BURGESS v. FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.